## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
              Petitioner )
                    )
         V.            )     M.B.D. No.
                    )
JAMES WHITE          )    **05 MBD 10053**
            Respondent )

### ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Affidavit of Michael J. Dubicki, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in courtroom # _24_ in the United States Courthouse in _Boston_____ on the _19th_____ day of _May_____, 200_5_, at __2:00_____ P M., to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on June 10, 2004. It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon James White on or before _May 2nd_____, 200_5_.
It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at _Boston_____, Massachusetts on this _4th_____day of _April_____, 200_5_.

_____
~~United States District Judge~~

_Joyce_ _____
United States Magistrate Judge