**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>05 MBD 10053 |
| DEFENDANT<br>JAMES WHITE | TYPE OF PROCESS<br>ORDER TO SHOW CAUSE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
James White
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
656 Sea Street, Quincy, MA 02169

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Barbara Healy Smith, AUSA
U.S. Attorney's Office
1 Courthouse Way - Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

4/6/05 M.P.

Please serve on or before May 2nd, 2005

Signature of Attorney or other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: (617) 748-3282
DATE: 1/31/05

Barbara Healy Smith

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: Nancy [illegible]
Date: 4/4/05

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
SUSAN Foley

Address (complete only if different than shown above)
Resident of 656 Sea St
Lives with James White

[X] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 4/5/05
Time: 2:20 pm
Signature of U.S. Marshal or Deputy: Cookrosette

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | 7.30 | — | 52.30 | — | 1 hr |

REMARKS:

FORM USM-285 (Rev. 12/15/8

PRIOR EDITIONS
MAY BE USED

1. CLERK OF THE COURT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
          Petitioner )
           )
V. )
           )   M.B.D. No.
JAMES WHITE )
           )
          Respondent ) **05 MBD 10053**

### ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Affidavit of Michael J. Dubicki, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in courtroom # 24 in the United States Courthouse in Boston on the 19th day of May, 2005, at 2:00 P.M., to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on June 10, 2004. It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon James White on or before May 2nd 2005. 

It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at Boston, Massachusetts on this 4th day of April, 2005.

_____
United States District Judge