UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
UNITED STATES OF AMERICA,  )
        Petitioner,      )
                                )
v.                              )    M.B.D. No. 05-10053-JLA
                                )
JAMES WHITE,  )
        Respondent.      )
_____)

**ORDER ENFORCING INTERNAL
REVENUE SERVICE SUMMONS**

     The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge Joyce L. Alexander for hearing on May 19, 2005 and the respondent, James White, not having shown any cause why he should not obey the Summons issued to him on June 10, 2004:

     IT IS ORDERED that James White obey the Summons and appear (with the documents described in the Summons) before Revenue Officer Michael J. Dubicki or any other officer of the Internal Revenue Service authorized to examine the records and take his testimony on or before <u>August 10</u>, 2005 at 10:00 AM at the office of the Internal Revenue Service, 1250 Hancock Street, Suite 503S, Quincy, MA 02169, Tel. #(617) 472-2282.  Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

                                                /S/ Joyce London Alexander
                                                UNITED STATES MAGISTRATE JUDGE

Dated: 7/7/05